UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PARKER, III,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF LYNCH, et al.,<br><br>    Defendants. | No. 2: 23-cv-0754 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2023, the undersigned ordered service of plaintiff's complaint on defendants Lynch, Watts and Corture. (ECF No. 6.) For the reasons stated herein, the undersigned orders the Clerk of the Court to remove two documents attached to plaintiff's complaint and separately file these documents under seal.

Attached to plaintiff's complaint is a copy of a passport application for an individual named Mark Linn Bryan. (ECF No. 1 at 16-19.) Also attached to plaintiff's complaint is a copy of a passport for an individual named Kenneth James Malinowski. (Id. at 20.) Both of these documents appear to contain personal information regarding individuals who have no connection to the instant action. For these reasons, the Clerk of the Court is directed to remove these documents from plaintiff's complaint and separately file them under seal.

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall remove the documents attached to plaintiff's complaint at pages ECF No. 1 at 16-20 and separately file these documents under seal.

Dated:  June 29, 2023

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Park754.ord