IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MELVIN PARKER III,** | 2:23-cv-00754 KJN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR PILOT PROJECT** |
| v. | |
| **LYNCH, et al.,** | |
| Defendants. | |

Having reviewed defendants' motion to opt out of the post-screening ADR project, the Court finds that the request is supported by good cause.  Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the post-screening ADR project (ECF No. 18) is granted;

2. The stay of this action is lifted; and

////

////

////

1

3. Defendants shall file a response to plaintiff's complaint within thirty days of the date of this order.

Dated: October 3, 2023

Park754.opt

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE