1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MELVIN PARKER,                          No.  2:23-cv-00754-WBS-CSK P

12              Plaintiff,

13        v.                                  ORDER

14    JEFF LYNCH, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 10, 2024, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party filed

23    objections to the findings and recommendations.

24        The court presumes that any findings of fact are correct.  See Orand v. United States, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26    See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

27    reviewed the file, the court finds the findings and recommendations to be supported by the record

28    and by the magistrate judge's analysis.

                                              1

1     Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations (ECF No. 35) are adopted in full; and

3          2.  Defendant Lynch's summary judgment motion (ECF No. 30) is granted on the grounds

4     that plaintiff failed to exhaust administrative remedies regarding plaintiff's claims against

5     defendant Lynch.

6     Dated:  October 7, 2024

      WILLIAM B. SHUBB
7     UNITED STATES DISTRICT JUDGE

8

9

10    /park0754.801

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2