UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PARKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-00754-WBS-CSK P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff, a state prisoner, is proceeding pro se in this civil rights action seeking relief under 42 U.S.C. § 1983. The court finds the appointment of counsel for plaintiff is warranted. Benjamin Rudolph Delson has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Benjamin Rudolph Delson is appointed as plaintiff's counsel in the above titled matter.
2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on Rudolph Delson, Law Office of Rudolph Delson, 2001 H Street, Sacramento, CA 95811.

Dated: October 28, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1