IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Melvin Parker
  Plaintiff(s)
vs.
Jeff Lynch, et al.
  Defendant(s)

Case Number: 2:23-cv-0754-WBS-CSK

REQUEST FOR AUTHORITY TO INCUR PRO BONO COSTS

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, Benjamin Rudolph Delson, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on Oct 28, 2024, by the Honorable William B. Shubb, United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

In January 2025 (Dkt. 40), Plaintiff was authorized to take three depositions in this matter. Those depositions were completed in April 2025, at a total cost to my firm of $2045.00. I submitted those expenses for reimbursement to the Transcript Reimbursement Fund run by the California Reporters Board, and they reimbursed $1380.75.

I respectfully request reimbursement of the remaining $664.75 expended by my firm in this matter.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation. Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $664.75. I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9 day of July, 20 25, at Sacramento, California.

_____
Attorney for the Plaintiff(s)

Case Number   2:23-cv-0754-WBS-CSK

TO BE COMPLETED BY THE COURT

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | None. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

The above expenditure is   ☒ Approved   ☐ Denied   OR

☐ Good cause appearing therefore, the matter is set for discovery conference, pursuant to Rule _____, on _____ 2025 at _____, am/pm in Courtroom number _____.

Dated:  July 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE