UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN PARKER, III, | No.  2:23-cv-0754 DC CSK P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to the Further Scheduling Order filed July 23, 2025, plaintiff's pretrial statement was due on August 29, 2025.  (ECF No. 53.)  Defendants' pretrial statement is due on September 12, 2025.  (Id.)  Plaintiff did not file his pretrial statement.  Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for his failure to file a pretrial statement.

On September 8, 2025, plaintiff filed a pleading titled, "Motion to Obtain Witness/Attendance Statement."  (ECF No. 57.)  In this pleading, plaintiff states that his former counsel filed a motion for the attendance of an incarcerated witness at trial.  (Id. at 1.)  Plaintiff states that plaintiff no longer seeks the attendance of all witnesses who were interviewed.  (Id.)  Plaintiff states, "Let the record reflect that the only witness that will be showing before the court is the plaintiff…"  (Id.)  In the pending motion, plaintiff appears to request that the court

1

disregard the motion for the attendance of an incarcerated witness filed by his former counsel.

Plaintiff was previously represented by counsel. On July 14, 2025, plaintiff's former counsel filed a motion for the attendance of an incarcerated witness at plaintiff's trial. (ECF No. 47.) On July 16, 2025, the Honorable William B. Shubb granted the motion to withdraw filed by plaintiff's former counsel. (ECF No. 51.) On July 22, 2025, this Court vacated the motion for the attendance of an incarcerated witness filed by plaintiff's former counsel because plaintiff was now proceeding without counsel. (ECF No. 52.) In the Further Scheduling Order, this Court advised plaintiff that because plaintiff represents himself, plaintiff must file his own pretrial statement and motion to obtain the attendance of witnesses. (ECF No. 53 at 1.) Therefore, plaintiff's pending request for the court to disregard the motion for the attendance of an incarcerated witness filed by plaintiff's former counsel is denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file a pretrial statement; failure to respond to this order will result in a recommendation of dismissal of this action;

2. Defendants are relieved from filing a pretrial statement; and

3. Plaintiff's motion to obtain witnesses (ECF No. 57) is denied for the reasons discussed in this order.

Dated: September 10, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Park754.osc/2