1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MELVIN PARKER, III,                       No.  2:23-cv-00754-DC-CSK (PC)

12              Plaintiff,

13        v.                                     ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS
14    JEFF LYNCH, et al.,
                                                 (ECF No. 60)
15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 8, 2025, the magistrate judge filed findings and recommendations herein,

21   which were served on all parties and contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Neither party filed

23   objections to the findings and recommendations.

24        The court presumes that any findings of fact are correct.  See Orand v. United States, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

27   reviewed the file, the court finds the findings and recommendations to be supported by the record

28   and by the magistrate judge's analysis.

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 60) are ADOPTED in full;

2.    This action is dismissed without prejudice due to Plaintiff's failure to prosecute. See Fed. R. Civ. P. 16(f); Local Rule 110; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **November 6, 2025**

Dena Coggins
United States District Judge

2